IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00286-PAB-MJW

LAWRENCE WEBBER,

    Plaintiff,

v.

SWINERTON BUILDERS,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Joint Motion to Dismiss With Prejudice [Docket No. 8]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Joint Motion to Dismiss With Prejudice [Docket No. 8] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 28, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge